[No. 16155-9-II.    Division Two.    November 30, 1994.]

DENNIS R. LUNDE, *Appellant*, v. FARMERS INSURANCE
COMPANY OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 90-2-02645-2, Leonard W. Kruse, J., entered
May 22, 1992. *Affirmed* by unpublished opinion per Morgan,
C.J., concurred in by Alexander and Houghton, JJ.

[No. 16496-5-II.    Division Two.    November 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
MEEK, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 92-1-00126-6, Leonard W. Kruse, J., entered
July 8, 1992. *Affirmed* by unpublished opinion per Petrie, J.
Pro Tem., concurred in by Morgan, C.J., and Houghton, J.

[No. 16906-1-II.    Division Two.    November 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY
PATRICK DUVALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-02721-8, Donald H. Thompson, J., entered
February 17, 1993. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.

[No. 16754-9-II.    Division Two.    November 30, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RODERICK
RICE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-02880-0, Frederick B. Hayes, J., entered
December 9, 1992. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, C.J., and Alexander, J.